# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas

United States of America

v.

Gerardo Martinez

§
§
§
§
§

Cause No. 19-mj-2754

*United States Courts*
*Southern District of Texas*
*FILED*
*JUL 25 2019*
*David J. Bradley, Clerk of Court*

## WAIVER OF PRELIMINARY HEARING AND/OR WAIVER OF DETENTION HEARING WITHOUT PREJUDICE

I, Gerardo Martinez, understand that I have been charged with an offense in a criminal complaint or indictment filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under FED. R. CRIM. P. 5.1. or FED. R. CRIM. P. 32.1. A magistrate judge has also informed me of my right to a detention hearing pursuant to 18 U.S.C. 3142, unless a District Judge has already determined that bond shall not be set in connection with a violation of supervised release.

(X) I agree to voluntarily waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1. or Fed. R. Crim. P. 32.1.

(X) I agree to voluntarily waive my right to a detention hearing pursuant to 18 U.S.C. § 3142 without prejudice.

DATE: 7/25/19

_Gerardo Martinez_
Defendant's signature

_____
Signature of Defendant's Attorney

Adam Rodriguez
Printed Name of Defendant's Attorney